UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

*ELECTRONICALLY FILED*

| | |
|---|---|
| DAVE E. TROTTER ) | |
| ) | |
| and ) | |
| ) | |
| BRENDI JENNIFER TROTTER ) | |
| ) CASE NO:4:18-CV-174-JHM | |
| PLAINTIFFS ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| FRONTLINE EQUIPMENT, LLC, *ET. AL.* ) | |
| ) | |
| DEFENDANTS ) | |
| _____ ) | |

\*\*\* \*\*\* \*\*\*

## NOTICE OF REMOVAL

Now comes Defendant Frontline Equipment, LLC, by counsel and hereby files this Notice of Removal in the United States District Court for the Western District of Kentucky, Owensboro Division, pursuant to the provisions of 28 U.S.C. §1446(a). In support of this Notice of Removal, the Defendant states as follows:

1. On or about October 12, 2018, Plaintiffs Dave E. Trotter and Brendi Jennifer Trotter filed a civil action against Defendant Frontline Equipment, LLC and Paul Arbogast in the Hopkins County Circuit Court, Division I, designated therein as Civil Action NO. 18-CI-00701. A true and complete copy of the Plaintiffs' original Complaint is attached hereto as Exhibit 1.

1

2. On or about October 18, 2018 the Kentucky Secretary of State delivered a copy of the of the Complaint, via the Complaint to Jolene A. Peachey at the address of Defendant.

3. On or about November 14, 2018, Defendant Frontline Equipment, LLC filed an Answer to Plaintiffs' Complaint. A true and accurate copy of that Answer is attached hereto as Exhibit 2.

4. According to the allegations of the Complaint, the Defendants Frontline Equipment, LLC and Paul Arbogast are foreign corporations and/or parties. According to the allegations of the Complaint, Plaintiffs are both citizens and residents of Hopkins County in the Commonwealth of Kentucky. Therefore there is complete diversity of citizenship between the Plaintiffs and Defendants.

5. Defendant Frontline Equipment, LLC submits that the amount in controversy in this matter is greater than $75,000.00.

6. This action is one over which the U.S. District Courts of the United States have original jurisdiction pursuant to 28 U.S.C. §1332. This action is removed to the United States District Court for the Western District of Kentucky, Owensboro Division, pursuant to 28 U.S.C. §1332(a) as this District and Division embrace the place where the action has been pending.

7. This Notice of Removal is filed within thirty (30) days of Defendant becoming aware of the fact that Plaintiffs allege a cause of action against them in which the amount in controversy exceeds $75,000.00.

8. Written notice of this filing of this Notice of Removal will promptly be given to the Parties and a copy of this Notice of Removal will be filed with the Clerk of the Hopkins County Circuit Court.

9. The documents attached hereto as Exhibits 1 and 2 include copies of all pleadings filed of record in this action and heretofore.

10. The lone remaining Defendant, Paul Arbogast, has not yet been served with the Complaint.

Wherefore, Defendant Frontline Equipment, LLC, by counsel respectfully requests that the United States District Court for the Western District of Kentucky, Owensboro Division, accept the present case and issue appropriate orders pertaining to discovery, scheduling and all other matters.

Respectfully Submitted

*/s/ Benjamin L. Riddle*
BENJAMIN L. RIDDLE
MCBRAYER, MCGINNIS, LESLIE
& KIRKLAND PLLC
9300 Shelbyville Road, Suite 110
Louisville, KY 40222
Phone: (502) 327-5400
briddle@mmlk.com
***Counsel for Defendant***
***Frontline Equipment, LLC***

## CERTIFICATE OF SERVICE

      It is hereby certified that a true and correct copy of the foregoing has this 15th day of November, 2018, been served via electronic filing and/or U.S. Mail upon the following:

Roger N. Braden
BRADEN HUMFLEET & DEVINE, PLC
7000 Houston Road, Suite 5
Florence, KY 41042
Phone: (859) 414-0777
Fax: (859) 993-0350
rnb@bhdlaw.net
***Counsel for Plaintiffs***

Chip Adams
29 East Center Street
Madisonville, KY 42431
Phone: (270) 825-1450
Fax: (270) 821-1371
chipadamslaw@aim.com
***Counsel for Plaintiffs***

Paul Arbogast
9477 Front Mountain Road
Allensville, PA 17002
***Defendant***

                                            */s/ Benjamin L. Riddle*
                                            ***Counsel for Defendant***
                                            ***Frontline Equipment, LLC***

4849-6084-7738, v. 1