UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

DAVE TROTTER                           )
                                       )
and                                    )     CASE NO.: 4:18-CV-00174-HBB
                                       )
BRENDI JENNIFER TROTTER                )
                                       )
                      PLAINTIFFS       )
vs.                                    )
                                       )
FRONTLINE EQUIPMENT, LLC, ET AL.       )
                                       )
                      DEFENDANTS       )
_____)

## AGREED ORDER OF DISMISSAL

Now comes Plaintiffs Dave Trotter and Brendi Jennifer Trotter, by and through counsel, Intervening Plaintiff PMA Companies, Inc., by and through counsel, and Defendants Frontline Equipment, LLC, Paul Arbogast, and Dennis Zimmerman, by and through counsel, the parties being in agreement and the court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that all claims made by and between the parties, herein be and hereby are DISMISSED as settled, with prejudice.  Each party will bear its own costs and fees.

H. Brent Brennenstuhl
United States Magistrate Judge

September 2, 2021

HAVING SEEN AND AGREED:


*/s/ Benjamin L. Riddle*
BENJAMIN L. RIDDLE
STEPTOE & JOHNSON PLLC
700 N. Hurstbourne Parkway, Suite 115
Louisville, Kentucky 40222
Benjamin.Riddle@Steptoe-Johnson.com
**Counsel for Defendants Frontline**
**Equipment, LLC and Paul Arbogast**


*/s/ Brian D. Wimsatt with permission*
Brian D. Wimsatt
POHL & AUBREY, PSC
11901 Brinley Avenue
Louisville, KY 40243
bwimsatt@pohlaubrey.com
**Counsel for Intervening Plaintiff**
**PMA Companies, Inc.**

*/s/ Roger N. Braden, with permission*
Roger N. Braden
BRADEN HUMFLEET & DEVINE, PLC
7000 Houston Road, Suite 5
Florence, KY 41042
Phone: (859) 414-0777
Fax: (859) 993-0350
rnb@bhdlaw.net
**Counsel for Plaintiffs**


*/s/ Michael C. Heyden, Jr., with permission*
Michael C. Heyden, Jr.
GORDON REES SCULLY
MANSUKHANI, LLP
1000 North West Street, 12th Floor
Wilmington, DE 19801
mheyden@gsrm.com
**Counsel for Defendant**
**Dennis Zimmerman**